IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS LEE SWYGERT,

        Plaintiff,                    No. CIV S-05-1033 MCE KJM P

    vs.

J.Z. SCOTT, et al.,

        Defendants.              <u>ORDER</u>

                                /

        Plaintiff has filed a document informing the court that he voluntarily dismisses this action. Under Rule 41(a) of the Federal Rules of Civil Procedure, this action is dismissed.

DATED: February 23, 2007.

                                                     U.S. MAGISTRATE JUDGE

1
swyg1033.41(a)

1